# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

CLERK'S OFFICE U.S. DIST COURT
AT LYNCHBURG, VA
for  FILED charlottesvl
JUN 2 7 2006
JOHN F. CORCORAN, CLERK
BY: Fay Coleman
DEPUTY CLERK

|  |  |
|---|---|
| ANDREW BRADLEY DRUMHELLER, | CIVIL ACTION NO. 3:06-CV-00010 |
| *Plaintiff,* | |
| v. | ORDER |
| CENTRAL VIRGINIA ELECTRIC COOPERATIVE, | |
| *Defendant.* | JUDGE NORMAN K. MOON |

By order of the Court, the Defendant's motion to dismiss, filed on March 24, 2006, was referred to the Honorable B. Waugh Crigler, United States Magistrate Judge, for proposed findings of fact and a recommended disposition. The Magistrate filed his report on June 7, 2006, recommending that this Court provisionally deny without prejudice the motion to dismiss in order to allow Defendant to seek dismissal of any claims set forth in Plaintiff's amended complaint.

After a careful review of the entire record in this case, and no objection having been filed to the Magistrate Judge's Report within ten (10) days of its service upon the parties, this Court adopts the Magistrate Judge's report in its entirety.

Accordingly, it is this day ORDERED that the Report and Recommendation of the United States Magistrate Judge filed June 7, 2006, shall be, and hereby is, ADOPTED, in its entirety. The Court therefore denies without prejudice Defendant's Motion to Dismiss filed on March 24,

2006.

The Clerk of the Court is directed to send a copy of this Order to all parties.

ENTERED: _____
U.S. District Judge

_June 27, 2006_
Date