CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

AUG 18 2006

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ANDREW BRADLEY DRUMHELLER,<br><br>*Plaintiff,*<br><br>v.<br><br>CENTRAL VIRGINIA ELECTRIC COOPERATIVE,<br><br>*Defendant.* | CIVIL ACTION NO. 3:06-CV-00010<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ADJUDGED and ORDERED**

that Defendant's objections to the Report and Recommendation are OVERRULED, the Report and Recommendation is ADOPTED, and Defendant's motion to dismiss is GRANTED as to Plaintiff's FMLA claim and DENIED as to Plaintiff's ADA claims.

The Clerk of the Court is hereby directed to send a certified copy of this Order and accompanying Memorandum Opinion to all counsel of record.

ENTER: /s/ Norman K. Moon
U.S. District Court Judge

DATE: August 18, 2006